No. 157. RYAN STEVEDORING CO., INC. v. PAN-ATLANTIC STEAMSHIP CORP. Certiorari, 348 U. S. 813, to the United States Court of Appeals for the Second Circuit. Argued March 3–4, 1955. Decided April 11, 1955. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE HARLAN took no part in the consideration or decision of this case. *Sidney A. Schwartz* argued the cause for petitioner. With him on the brief was *Edward Ash*. *Edward J. Behrens* argued the cause for respondent. With him on the brief was *Charles H. Lawson*. By special leave of Court, 348 U. S. 948, *Leavenworth Colby* argued the cause for the United States, as *amicus curiae*, urging affirmance. With him on

the brief were *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse.*

No. 213. INDIAN TOWING Co., INC. ET AL. *v.* UNITED STATES. Certiorari, 348 U. S. 810, to the United States Court of Appeals for the Fifth Circuit. Argued February 10, 1955. Decided April 11, 1955. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE HARLAN took no part in the consideration or decision of this case. *Richard B. Montgomery* argued the cause for petitioners. With him on the brief was *Cicero C. Sessions. Lester S. Jayson* argued the cause for the United States. With him on the brief were *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney.*